FILED
CLERK, U.S. DISTRICT COURT
DEC 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>Jose Manuel Pereyo-Bustamante,<br><br>   Defendant. | Case No.: 14-2515M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District/California for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on apparent undocumented alien status, ~~fees~~

1   absconded ~~for 2½ years~~ a month before arrested and verified, no known/bail resources,
2   strong family ties to Cuba

4       and/or
5   B.   (✓)   The defendant has not met his/her burden of establishing by
6       clear and convincing evidence that he/she is not likely to pose
7       a danger to the safety of any other person or the community if
8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9       on: extensive criminal history of convictions
10      and arrests + other law enforcement contacts

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.

17  Dated:  12/24/14                    /s/ Jean Rosenbluth
                                        JEAN ROSENBLUTH
18                                      U.S. MAGISTRATE JUDGE